**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 97-20175**
**Summary Calendar**

---

**WENDY MEIGS,**

**Plaintiff-Appellant,**

**VERSUS**

**NMC HOMECARE INCORPORATED, formerly known as National**
**Medical Care Home Care Division, Incorporated;**
**NATIONAL MEDICAL CARE INCORPORATED,**

**Defendants-Appellees.**

---

Appeal from the United States District Court
For the Southern District of Texas

(H-95-CV-4320)

---

September 5, 1997

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Meigs sued her employers, NMC Homecare Inc. And National Medical Care Inc., alleging wrongful discharge under Texas law. The employers removed this action to the federal district court on

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the grounds of diversity.  The federal district judge entered summary judgment in favor of the employers and Meigs appealed.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district judge in her thorough and comprehensive order filed under date of January 26, 1997, we are satisfied that the grant of summary judgment in favor of the employers was correct.

**AFFIRMED.**